ACCEPTED
03-14-00721-CV
4421332
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 1:41:52 PM
JEFFREY D. KYLE
CLERK

## CERTIFICATE OF SERVICE

I served by ProDoc e-service and facsimile on this 18th day of February,

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 1:41:52 PM
JEFFREY D. KYLE
Clerk

2015 to the individuals listed below:

WILL G. BASSHAM, SBN: 24073894
JEREMY J. OVERBEY, SBN: 24046570
**SETTLEPOU**
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
Phone: 214-520-3300
Fax: 214-526-4145
*Counsel for Deutsche Bank National Trust Company, as Trustee*
*for Ameriquest Mortgage Securities, Inc.; Asset-Backed Pass-Through*
*Certificates Series 2003-6; and Homeward Residential, Inc.*

*/s/ William B. Gammon*
William B. Gammon

## CERTIFICATE OF COMPLIANCE

Pursuant to TRAP 9.4, I hereby certify that reliant upon the word count function in the word processing software used to produce this document, this document contains 3,142 words and 14-point for all text, except for footnotes which are in 12-point.

*/s/ William B. Gammon*
William B. Gammon



# Gammon Law Office, PLLC

**"We Represent the Good Guys"** ®

| | | |
|---|---|---|
| William B. Gammon<br>Anthony G. Read | **Attorneys At Law**<br>1201 Spyglass Drive \| Suite 100<br>Austin, Texas 78746<br>512-444-4529 / 888-545-4279 (Fax)<br>www.GammonLawOffice.com | E. Jason Billick<br>Karla Huertas |

March 2, 2015

**Attn:**   Jeffery D. Kyle                    *Via Email & US Mail*
CLERK, THIRD DISTRICT OF TEXAS
P.O. Box 12547
Austin, TX 78711-2547
clerk@3rdcoa.courts.state.tx.us

**CC:**     Will Bassham                     *Via Fax*
SettlePou
3333 Lee Pkwy 8th Floor
Dallas, TX 75219
Fax: 214-526-4145

**RE:**   **Appellant's Certificate of Compliance**
03-14-00721-CV
Raul Martinez v. Deutsche Bank National Trust Company as Trustee for
Amiquest Mortgage Securities, Inc.; Asset-Backed Pass-Through Certificates
Series 2003-6; Homeward Residential, Inc.; and Juanita Strickland

Dear Mr. Kyle:

Per your February 19, 2015 letter to our office, please find attached a copy of our
certificate of compliance to appellant's brief. Please feel free to contact our office should
you have any questions or require additional documents. Thank you.

Respectfully,
/s/ *Ambra Bourne-Dumas*, CP

*Enclosures:*
-   Appellant's Certificate of Compliance

## Ambra Bourne-Dumas

| | |
|---|---|
| **From:** | Ambra Bourne-Dumas |
| **Sent:** | Monday, March 2, 2015 3:38 PM |
| **To:** | 'clerk@3rdcoa.courts.state.tx.us' |
| **Subject:** | Martinez: 03-14-00721-CV Martinez v. Deutsche Bank National Trust - Appellant's Certificate of Compliance |
| **Attachments:** | Certificate of Compliance.pdf |

Hello Mr. Kyle,

Please see the attached letter and brief supplement and let me know if you have any questions. Thank you.

**AMBRA BOURNE-DUMAS, CP**
Paralegal
Gammon Law Office, PLLC
1201 Spyglass Drive | Suite 100
Austin, Texas 78746
Phone: 512-444-4529 | Fax: 888-545-4279
WWW.GAMMONLAWOFFICE.COM
"WE REPRESENT THE GOOD GUYS"®